**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kenneth Raymond PAYNE, Jr.,**
**Defendant–Appellant.**

No. 01–4985.

United States Court of Appeals,
Fourth Circuit.

Submitted April 30, 2002.

Decided May 31, 2002.

Thomas N. Cochran, Assistant Federal Public Defender, Greensboro, North Carolina, for Appellant. Anna Mills Wagoner, United States Attorney, Clifton T. Barrett, Assistant United States Attorney, Randall S. Galyon, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before KING and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Kenneth Raymond Payne, Jr., pled guilty under a plea agreement to one count of being a felon in possession of a firearm in violation of 18 U.S.C.A. §§ 922(g)(1), 924(a)(2) (West 2000). The district court sentenced him to 120 months in prison and three years of supervised release. The district court ordered the sentence to run concurrently with the twelve-month sentence Payne was serving for possession with intent to sell and deliver cocaine and possession of stolen goods, and consecutively to all other state sentences he was currently serving. Payne's attorney filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), raising the issue of whether Payne's sentence was unfairly harsh. Payne was informed of his right to file a pro se supplemental brief but has not done so.

In accordance with *Anders*, we have reviewed the entire record and have found no meritorious issues for appeal. We therefore affirm Payne's conviction and sentence. We deny counsel's motion to withdraw and require that counsel inform

his client, in writing, of his right to petition the Supreme Court of the United States for further review. If the client requests that a petition be filed, but counsel believes that such petition would be frivolous, then counsel may move in this court for leave to withdraw from representation. Counsel's motion must state that a copy thereof was served on the client. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*